## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

In re:

    Randall W Grindstaff
    Morgan Johnson Grindstaff
        Debtor(s)

Case No. 15-50121-JPS

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Camille Hope, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2015.

2) The plan was confirmed on 06/15/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 04/26/2016.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $47,427.42.

10) Amount of unsecured claims discharged without payment: $35,828.30.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $38,053.00 |  |
| Less amount refunded to debtor | $834.15 |  |
| **NET RECEIPTS:** |  | **$37,218.85** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |  |
| Court Costs | $0.00 |  |
| Trustee Expenses & Compensation | $1,747.20 |  |
| Other | $0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION:** |  | **$4,747.20** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st Franklin | Unsecured | 3,096.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSOCIATED CREDIT UNION | Secured | NA | 40,181.19 | 40,191.19 | 0.00 | 0.00 |
| ASSOCIATED CREDIT UNION | Unsecured | NA | 22,841.19 | 22,841.19 | 15,988.83 | 0.00 |
| Bank of America | Unsecured | 13,363.00 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | NA | 157.18 | 157.18 | 110.03 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 1,120.00 | 1,120.61 | 1,120.61 | 784.43 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | 2,150.00 | 2,227.69 | 2,227.69 | 1,559.38 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | 1,117.00 | 1,117.79 | 1,117.79 | 782.45 | 0.00 |
| CAVALRY SPV 1, LLC | Unsecured | 2,052.00 | 2,052.11 | 2,052.11 | 1,436.48 | 0.00 |
| CENTRAL GEORGIA CANCER CARE, | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| CGR CREDIT UNION | Secured | NA | 131.10 | 131.10 | 131.10 | 0.00 |
| CGR CREDIT UNION | Secured | NA | 11,141.73 | 11,141.73 | 0.00 | 0.00 |
| CITIBANK (SD) NA | Unsecured | 360.00 | 360.33 | 360.33 | 252.23 | 0.00 |
| CREDIT BUREAU ASSOCIATES | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU ASSOCIATES OF GA | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU ASSOCIATES OF GA | Unsecured | 809.00 | NA | NA | 0.00 | 0.00 |
| Discover Fin Svcs Llc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Products Inc. | Unsecured | 802.00 | 802.82 | 802.82 | 561.97 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Unsecured | 2,273.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 362.00 | 319.33 | 319.33 | 223.53 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,423.00 | 1,423.94 | 1,423.94 | 996.76 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 498.00 | 498.49 | 498.49 | 348.94 | 0.00 |
| MEDICAL CTR. OF CENT. GA. | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,683.00 | 1,577.21 | 1,577.21 | 1,104.05 | 0.00 |
| Monroe County Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| PATIENT ACCOUNT BUREAU | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 437.00 | 437.64 | 437.64 | 306.35 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,620.00 | 1,620.84 | 1,620.84 | 1,134.59 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Secured | 4,120.00 | 4,055.71 | 4,055.71 | 4,055.71 | 165.96 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 542.00 | 542.23 | 542.23 | 379.56 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Professional Service Bureau Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 220.00 | 220.52 | 220.52 | 154.36 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 266.00 | 247.05 | 247.05 | 172.94 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,950.00 | 1,646.97 | 1,646.97 | 1,152.88 | 0.00 |
| SECURITY FINANCE | Unsecured | 765.00 | 652.57 | 652.57 | 456.80 | 0.00 |
| STATE BANK & TRUST | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| STATE BANK & TRUST | Unsecured | 1,022.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 127.00 | 127.68 | 127.68 | 89.38 | 0.00 |
| Target National Bank | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 175.00 | 175.63 | 175.63 | 122.94 | 0.00 |
| US BANK NA | Secured | 2,497.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA | Secured | NA | 161,370.46 | 161,370.46 | 0.00 | 0.00 |
| Verizon | Unsecured | 351.36 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL CARDS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $172,512.19 | $0.00 | $0.00 |
| Mortgage Arrearage | $131.10 | $131.10 | $0.00 |
| Debt Secured by Vehicle | $40,191.19 | $0.00 | $0.00 |
| All Other Secured | $4,055.71 | $4,055.71 | $165.96 |
| **TOTAL SECURED:** | **$216,890.19** | **$4,186.81** | **$165.96** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$40,169.82** | **$28,118.88** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $4,747.20 | |
| Disbursements to Creditors | $32,471.65 | |
| | | |
| **TOTAL DISBURSEMENTS** : | | **$37,218.85** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/21/2016                          By:/s/ Camille Hope _____
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| Randall W Grindstaff<br>Morgan Johnson Grindstaff<br>288 Harbour shores Dr<br>Jackson,  GA  30233 | **CASE NO:** 15-50121-JPS<br><br>**ATTORNEY:** RICHARD KATZ |

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of this Final Report has been served on the debtor's attorney via electronic notice, and mailed postage prepaid to the debtor at their address shown below.

Via Electronic Notice:   RICHARD KATZ


Via U.S. Mail:      Randall W Grindstaff
                    Morgan Johnson Grindstaff
                    288 Harbour shores Dr
                    Jackson,  GA  30233


**DATED:** June 21, 2016          /s/ Camille Hope
                              **Camille Hope, Trustee**
                              **MIDDLE DISTRICT OF GA**
                              **P.O. BOX 954**
                              **MACON, GA  31202-0954**
                              **(478)742-8706**